ORIGINAL
D ⸽ F
C/M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
J&J SPORTS PRODUCTIONS, INC.,

                  Plaintiff,

     -against-

JOSE A. BERNAL, individually, and as officer,
director, shareholder and/or principal of EL
SONADOR CAFÉ RESTAURANT, INC., d/b/a
EL SONADOR CAFÉ RESTAURANT, a/k/a 30-
30 CAFÉ RESTAURANT, and EL SONADOR
CAFÉ RESTAURANT, and EL SONADOR CAFÉ
RESTAURANT INC., d/b/a EL SONADOR
CAFÉ RESTAURANT, a/k/a 30-30 CAFÉ
RESTAURANT,

               Defendants.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 09-CV-3745 (FB) (MDG)

*Appearances:*
*For the Plaintiff:*
JULIE COHEN LONSTEIN, ESQ.
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, New York 12428

**BLOCK, Senior District Judge:**

        On July 28, 2010, Magistrate Judge Go issued a Report and Recommendation

("R&R") recommending that the Court award default judgment against defendants in the

total amount of $5,633.45, consisting of $1,000.00 in damages, $3,000.00 in enhanced

damages, $952.50 in attorneys fees, and $680.95 in costs. *See* R&R at 16. The R&R also

stated that failure to object on or before August 16, 2010 would preclude appellate review.

*See id.* A copy of the R&R was sent by overnight delivery to the defendants on July 28,

2010; no objections have been filed.

1

If clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without *de novo* review. *See Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will excuse the failure to object and conduct *de novo* review if it appears that the magistrate judge may have committed plain error, *see Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000); no such error appears here. Accordingly, the Court adopts the R&R without *de novo* review and directs the Clerk to enter judgment in accordance with the R&R.

**SO ORDERED.**

s/Frederic Block

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, NY
August 26, 2010